1 | MICHAEL L. SWAIN (133260)
ROSS I. LANDAU (259260)
2 | SWAIN & DIPOLITO LLP
555 East Ocean Boulevard, Suite 400
3 | Long Beach, California  90802-5052
Telephone:  (562) 983-7833
4 | Facsimile:  (562) 983-7835
E-mail: mswain@swaindipolito.com
5 |
Attorneys for Defendant,
6 | HANJIN SHIPPING CO., LTD.

7 |

8 |                    UNITED STATES DISTRICT COURT

9 |      CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

10 |

11 | STARBUCKS CORPORATION, doing          )   Case No. CV 09-01230 FMC
business as STARBUCKS COFFEE            )   (Ex)
12 | COMPANY, a corporation,               )
                                         )
13 |              Plaintiff,              )   Honorable Florence-Marie
                                         )   Cooper
14 |      v.                              )
                                         )   ANSWER TO COMPLAINT
15 | HANJIN SHIPPING COMPANY, LTD.,        )
a foreign corporation, KAWASAKI        )
16 | KISEN KAISHA, LTD., a foreign         )
corporation; and DOE ONE through       )
17 | DOE TEN,                              )
                                         )
18 |              Defendants.             )
     _____)

19 |

20 |

21 |      Defendant Hanjin Shipping Co., Ltd. ("Hanjin") for itself

22 | and no other party, and for its Answer to plaintiff's Complaint

23 | for: (1) Damage to Cargo; (2) Negligence/Willful Misconduct; (3)

24 | Breach of Contract; (4) Breach of Warranty; and (5) Breach of

25 | Bailment, ("Complaint") in the captioned matter, admits, denies,

26 | and alleges as follows:

27 | ///

28 | ///

                                 - 1 -

1    1.    Answering the allegations of paragraph 1 of the

2  Complaint, Hanjin is without sufficient knowledge or information

3  to form a belief as to the truth thereof, and upon such ground,

4  denies same.

5

6    2.    Answering the allegations of paragraph 2 of the

7  Complaint, Hanjin admits it is a corporation doing business as an

8  ocean carrier with an office located at 301 Hanjin Road, Long

9  Beach, California 90802, but denies the remaining allegations of

10  that paragraph for lack of sufficient knowledge or information to

11  form a belief as to the truth thereof.

12

13    3.    Answering the allegations of paragraph 3 of the

14  Complaint, Hanjin denies generally and specifically, each and

15  every allegation of said paragraph.

16

17    4.    Answering the allegations of paragraph 4 of the

18  Complaint, Hanjin denies generally and specifically, each and

19  every allegation of said paragraph.

20

21    5.    Answering the allegations of paragraph 5 of the

22  Complaint, Hanjin is without sufficient knowledge or information

23  to form a belief as to the truth thereof, and upon such ground,

24  denies same.

25  ///

26  ///

27  ///

28  ///

Hanjin Shipping Co., Ltd.'s Answer to Complaint

6.   Answering the allegations of paragraph 6 of the Complaint, Hanjin is without sufficient knowledge or information to form a belief as to the truth thereof, and upon such ground, denies same.

7.   Hanjin denies each and every allegation of paragraph 7 of the Complaint.

8.   Hanjin refers to and incorporates its responses to paragraphs 1 through 7 of the Complaint above, inclusive, as if fully set forth herein.

9.   Answering the allegations of paragraph 9 of the Complaint, Hanjin denies said allegations insofar as they are alleged against Hanjin.  As to the remaining allegations, Hanjin is without sufficient knowledge or information to form a belief as to the truth thereof, and upon such ground, denies same.

10.  Hanjin denies each and every allegation of paragraph 10 of the Complaint.

11.  Hanjin refers to and incorporates its responses to paragraphs 1 through 10 of the Complaint above, inclusive, as if fully set forth herein.

12.  Answering the allegations of paragraph 12 of the Complaint, Hanjin denies said allegations insofar as they are alleged against Hanjin.  As to the remaining allegations, Hanjin

- 3 -

1    is without sufficient knowledge or information to form a belief

2    as to the truth thereof, and upon such ground, denies same.

3

4        13.   Answering the allegations of paragraph 13 of the

5    Complaint, Hanjin denies said allegations insofar as they are

6    alleged against Hanjin.   As to the remaining allegations, Hanjin

7    is without sufficient knowledge or information to form a belief

8    as to the truth thereof, and upon such ground, denies same.

9

10       14.   Answering the allegations of paragraph 14 of the

11   Complaint, Hanjin denies said allegations insofar as they are

12   alleged against Hanjin.   As to the remaining allegations, Hanjin

13   is without sufficient knowledge or information to form a belief

14   as to the truth thereof, and upon such ground, denies same.

15

16       15.   Hanjin denies each and every allegation of paragraph 15

17   of the Complaint.

18

19       16.   Hanjin refers to and incorporates its responses to

20   paragraphs 1 through 15 of the Complaint above, inclusive, as if

21   fully set forth herein.

22

23       17.   Answering the allegations of paragraph 17 of the

24   Complaint, Hanjin denies said allegations insofar as they are

25   alleged against Hanjin.   As to the remaining allegations, Hanjin

26   is without sufficient knowledge or information to form a belief

27   as to the truth thereof, and upon such ground, denies same.

28   ///

- 4 -

Hanjin Shipping Co., Ltd.'s Answer to Complaint

1    18.   Hanjin denies each and every allegation of paragraph 18

2  of the Complaint.

3

4    19.   Hanjin refers to and incorporates its responses to

5  paragraphs 1 through 18 of the Complaint above, inclusive, as if

6  fully set forth herein.

7

8    20.   Answering the allegations of paragraph 20 of the

9  Complaint, Hanjin denies said allegations insofar as they are

10  alleged against Hanjin.   As to the remaining allegations, Hanjin

11  is without sufficient knowledge or information to form a belief

12  as to the truth thereof, and upon such ground, denies same.

13

14    21.   Answering the allegations of paragraph 21 of the

15  Complaint, Hanjin denies said allegations insofar as they are

16  alleged against Hanjin.   As to the remaining allegations, Hanjin

17  is without sufficient knowledge or information to form a belief

18  as to the truth thereof, and upon such ground, denies same.

19

20    22.   Hanjin denies each and every allegation of paragraph 22

21  of the Complaint.

22

23                    FIRST AFFIRMATIVE DEFENSE

24    The Complaint fails to state a claim upon which relief can

25  be granted.

26  ///

27  ///

28  ///

Hanjin Shipping Co., Ltd.'s Answer to Complaint

## SECOND AFFIRMATIVE DEFENSE

As a complete and separate defense, the plaintiff lacks capacity to sue, standing to sue, and/or is not the real party in interest.

## THIRD AFFIRMATIVE DEFENSE

The Complaint has been filed in an inconvenient forum.

## FOURTH AFFIRMATIVE DEFENSE

The Complaint fails to join necessary and/or indispensable parties.

## FIFTH AFFIRMATIVE DEFENSE

Alternatively, if Hanjin has any liability or responsibility in connection with the matters alleged in the Complaint, which Hanjin denies, Hanjin's liability is subject to and limited by the provisions of the U.S. Carriage of Goods By Sea Act, Title 46 U.S.C. §30701 et. seq ("the Act").  Hanjin alleges that if any loss or damage occurred to the cargo as alleged in the Complaint, the loss or damage was proximately caused by one or more of the causes for which the carrier is exempted from liability under the terms of the Act.  To the extent that Hanjin may be held to have any liability or responsibility in connection with the carriage alleged in the Complaint, Hanjin is entitled to the benefit of, and relies upon, each and every limitation of, and exemption from, liability provided by the Act.

///

///

- 6 -

SIXTH AFFIRMATIVE DEFENSE

As a complete and separate defense, a bill of lading was issued by Hanjin for the carriage alleged in the Complaint. To the extent that Hanjin has any responsibility for, or liability in connection with, the carriage, such liability is subject to each and every limitation of, and exemption from, liability contained in the various terms of the bill of lading, on each of which Hanjin relies without further specification thereof. Hanjin alleges upon information and belief that if any loss or damage occurred to the cargo as alleged in the Complaint, the loss or damage was proximately caused by one or more of the causes for which Hanjin is exempt from liability under the various terms of the bill of lading.

SEVENTH AFFIRMATIVE DEFENSE

Hanjin alleges that the loss or damage occurring to the subject cargo, if and to the extent such in fact occurred, which is denied, was wholly or in part caused by the carelessness and negligence of person, firms, corporations or entities other than Hanjin.

EIGHTH AFFIRMATIVE DEFENSE

Hanjin alleges that the loss or damage occurring to the subject cargo, if and to the extent that such in fact occurred, which is denied, was actually and proximately caused by the active and affirmative negligence of plaintiff or other persons, firms, corporations, or entities other than this answering defendant, and Hanjin's negligence, if any, was passive in

- 7 -

1  nature.  Hanjin, therefore, alleges that other persons, firms,

2  corporations, or entities are primarily liable to the plaintiff

3  for any damages which may have given rise to this action herein.

4

5                    NINTH AFFIRMATIVE DEFENSE

6       The plaintiff has failed to mitigate its damages, if any,

7  and/or its claims are barred in whole or in part by the doctrine

8  of avoidable consequences.

9

10                   TENTH AFFIRMATIVE DEFENSE

11      Pursuant to the terms and conditions of Hanjin's bill of

12  lading and/or the applicable law, Hanjin's liability, if any, is

13  limited to $500.00 per package or customary freight unit, or on

14  any other basis set forth in the bill of lading.

15

16                  ELEVENTH AFFIRMATIVE DEFENSE

17      The plaintiff's claims are time-barred by law and/or the

18  terms and conditions of the bill of lading contract of carriage,

19  or by operation of the doctrine of laches.

20

21                  TWELFTH AFFIRMATIVE DEFENSE

22      Hanjin invokes the benefit of the forum selection,

23  arbitration, or alternative dispute resolution clause set forth

24  in Hanjin's bill of lading contract of carriage.

25

26                 THIRTEENTH AFFIRMATIVE DEFENSE

27      The plaintiff's claims are barred by the doctrines of

28  waiver, equitable estoppel, and/or unclean hands.

Hanjin Shipping Co., Ltd.'s Answer to Complaint

1    WHEREFORE, defendant Hanjin Shipping Co., Ltd., prays as
2 follows:

3

4    1.    That plaintiff take nothing by its Complaint on file
5 herein, and that said Complaint be dismissed with prejudice;

6

7    2.    That Hanjin receive an award of attorney's fees,
8 expenses, and court costs; and

9

10    3.    For such further relief as this Court may deem just and
11 appropriate.

12

13 DATED:  March 19, 2009                SWAIN & DIPOLITO LLP

14

15                             By:  _____
16                                  MICHAEL L. SWAIN
                                    Attorneys for Defendant
17                                  HANJIN SHIPPING CO., LTD.

18

19

20

21

22

23

24

25

26

27

28

Hanjin Shipping Co., Ltd.'s Answer to Complaint