```
 1  WILLIAM H. COLLIER, JR., CASB No. 97491
    william.collier@kyl.com
 2  STEFAN PEROVICH, CASB No. 245580
    stefan.perovich@kyl.com
 3  KEESAL, YOUNG & LOGAN
 4  A Professional Corporation
    400 Oceangate, P.O. Box 1730
 5  Long Beach, California  90801-1730
    Telephone:    (562) 436-2000
 6  Facsimile:    (562) 436-7416
 7
    Attorneys for Defendant and Cross-Defendant
 8  PACIFIC INTERNATIONAL LINES
 9
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARBUCKS CORPORATION doing business as STARBUCKS COFFEE COMPANY,<br><br>                    Plaintiff,<br><br>   vs.<br><br>HANJIN SHIPPING CO., LTD.; KAWASAKI KISEN KAISHA, LTD.; PACIFIC INTERNATIONAL LINES; ADVANCE CONTAINER LINES (PTE.) LTD.; and DOES 4 through 10, inclusive,<br><br>                    Defendants. | Case No. CV09-1230 FMC (Ex)<br><br>**CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT PACIFIC INTERNATIONAL LINES** |
| HANJIN SHIPPING CO., LTD.,<br><br>                    Cross-Claimant,<br><br>   vs.<br><br>KAWASAKI KISEN KAISHA, LTD.; PACIFIC INTERNATIONAL LINES; and ADVANCE CONTAINER LINES (PTE.) LTD.,<br><br>                    Cross-Defendants. | |

# CERTIFICATE OF INTERESTED PARTIES

TO THIS HONORABLE COURT OF RECORD:

The undersigned counsel of record for Defendant PACIFIC INTERNATIONAL LINES, certifies that the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate disqualification or recusal.

///

///

1. PACIFIC INTERNATIONAL LINES
2. The Britannia Steam Ship insurance Association Ltd
3. STARBUCKS CORPORATION doing business as STARBUCKS COFFEE COMPANY
4. HANJIN SHIPPING CO., LTD
5. KAWASAKI KISEN KAISHA, LTD
6. ADVANCE CONTAINER LINES (PTE.) LTD

DATED: June 17, 2009

*[signature]*

WILLIAM H. COLLIER, JR.
STEFAN PEROVICH
KEESAL, YOUNG & LOGAN
Attorneys for Defendant and
Cross-Defendant PACIFIC
INTERNATIONAL LINES